# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GLENN FANE,<br><br>    Plaintiff,<br><br>vs.<br><br>DR. THEODORE D'AMICO,<br><br>    Defendant. | Case No.: 3:05-CV-00597-ECR (RAM)<br><br>**ORDER** |

    Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, see 28 U.S.C. § 1915(h), has submitted a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 and a letter (#1) in which he asks the Clerk to submit an inmate account transaction request to the Department's inmate services offices for payment of one hundred fifty dollars ($150.00). Plaintiff needs to submit such a request directly to inmate services, not through the Court. Additionally, the filing fee is two hundred fifty dollars ($250.00). 28 U.S.C. § 1914(a).

///
///
///
///
///
///
///
///

**IT IS THEREFORE ORDERED** that Plaintiff shall file an Application to Proceed in Forma Pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court shall send Plaintiff a blank application form for incarcerated litigants. In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of two hundred fifty dollars ($250.00), accompanied by a copy of this Order. Plaintiff shall have thirty (30) days from the date on which this Order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED: November 9, 2005.

_____
UNITED STATES MAGISTRATE JUDGE