# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GLENN FANE, | ) | 3:05-CV-0597-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 16, 2006 |
| | ) | |
| DR. THEODORE D'AMICO, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On April 19, 2006, Plaintiff filed a Motion to Strike Defendant's Motion to Dismiss/Motion for Summary Judgment (Doc. #16), arguing that Defendant's Motion should be stricken because it is untimely and unsigned.

Plaintiff's Motion (Doc. #16) is without merit. Plaintiff's Motion to Strike Defendant's Motion to Dismiss/Motion for Summary Judgment (Doc.#16) is **DENIED**.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:       /s/
        Deputy Clerk