```
                                              ┌─────────────────────────────────────────┐
                                              │ ✓ FILED        ___ RECEIVED              │
                                              │ ___ ENTERED    ___ SERVED ON             │
                                              │        COUNSEL/PARTIES OF RECORD         │
                                              │  ┌──────────────────────────────┐        │
                                              │  │                              │        │
                   UNITED STATES DISTRICT COURT│  │      NOV 28 2006             │        │
                        DISTRICT OF NEVADA    │  │                              │        │
                          RENO, NEVADA        │  │  CLERK US DISTRICT COURT     │        │
                                              │  │    DISTRICT OF NEVADA        │        │
                                              │ BY:_____ DEPUTY    │
                                              └─────────────────────────────────────────┘
```

GLENN EDWARD FANE,                    )    3:05-CV-0597-ECR-RAM
                                      )
        Plaintiff,                    )    MINUTES OF THE COURT
                                      )
vs.                                   )    DATE: NOVEMBER 27, 2006
                                      )
THEODORE D'AMICO,                     )
                                      )
        Defendant.                    )
_____)

PRESENT: _____ EDWARD C. REED, JR. _____ U. S. DISTRICT JUDGE

Deputy Clerk: ___ COLLEEN LARSEN _____ Reporter: _____ NONE APPEARING

Counsel for Plaintiff(s) _____ NONE APPEARING _____

Counsel for Defendant(s) _____ NONE APPEARING _____

MINUTE ORDER IN CHAMBERS

     On October 16, 2006, the Magistrate Judge filed a Report and
Recommendation (#22) recommending that Defendant's Motion (#10) to dismiss
and for summary judgment be denied except with respect to the claim against
Defendant in his official capacity.

     The Objection (#24) to the Report and Recommendation (#22), filed by
Defendant, is **OVERRULED**.

     The Magistrate Judge's Report and Recommendation (#22) is well taken.
**IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and
Recommendation (#22) is **APPROVED** and **ADOPTED**.

     **IT IS FURTHER ORDERED** that Defendant's Motion Dismiss, alternatively
for Summary Judgment (#10) is **DENIED**, except as set forth below.

     The Magistrate Judge properly did not consider the affidavit attached
to Defendant's Reply (#18) brief.  The Plaintiff did not have an
opportunity to dispute the affidavit and it should have been filed with the
Motion (#10).

     The affidavit attached to the Motion (#10) was not based on personal

knowledge and, therefore, it was proper for the Magistrate Judge not to consider the same.

The medical records supporting the affidavits were not attached to them.

**IT IS FURTHER ORDERED** the Magistrate Judge's recommendation that summary judgment should be granted on Plaintiff's claim against Defendant in his official capacity is proper.  **IT IS, THEREFORE, FURTHER ORDERED** that Defendant's Motion (#10) is granted insofar as the claim against Defendant is in his official capacity.


LANCE S. WILSON, CLERK

By _____ /s/ _____
       Deputy Clerk