```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

| | | |
|---|---|---|
| GLENN FANE, | ) | 3:05-CV-0597-ECR-RAM |
| | ) | |
|     Plaintiffs, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: MARCH 30, 2007 |
| | ) | |
| DR. THEODORE D'AMICO, | ) | |
| | ) | |
|     Defendant. | ) | |

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:   ROSEMARY DAMRON      Reporter:     NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On March 6, 2007, the Magistrate Judge filed a Report and Recommendation (#30), recommending that Defendant's Motion to Dismiss/ Motion for Summary Judgment (#26) be granted. No objections were timely filed in accordance with the Rules.

    **IT IS HEREBY ORDERED** that the Report and Recommendation (#30) is well taken and is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that Defendant's Motion to Dismiss/ Motion for Summary Judgment (#26) is **GRANTED**.

    The Clerk shall enter judgment accordingly.

                                               LANCE S. WILSON, CLERK

                                               By     /s/
                                                    Deputy Clerk